IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 1:05-CR-32 (WLS) |
| ABDUL RAHMAN, | : | |
| Defendant. | : | |

O R D E R

  Before the Court is Defendant's motion for a continuance. (Tab 16). As of this date, the Government has not filed a response, but has consented to the said motion. Defendant was arraigned on August 24, 2005. Defendant has requested additional time to prepare for trial. Based on Defendant's request for additional time to prepare, a continuance is appropriate. In addition, the Court orders that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, shall be excluded from computation pursuant to 18 U.S.C. § 3161(h)(8)(A) and (8)(B)(iv) in that failure to grant a continuance "would deny counsel for the defendant ... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Therefore, the Defendant's motion for a continuance (Tab 16) is **GRANTED.** Said case is continued to the Court's next regularly scheduled trial term after the October 2005 Trial Term, unless earlier, as may be ordered by the Court.

  SO ORDERED, this  29th  day of September, 2005.

               /s/W. Louis Sands
               **W. Louis Sands, Chief Judge**
               **United States District Court**